NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALEXANDER NICKELL,                    )
                                      )
         Appellant,                   )
                                      )
v.                                    )     Case No. 2D20-1227
                                      )
STATE OF FLORIDA,                     )
                                      )
         Appellee.                    )
_____      )

Opinion filed September 25, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Collier County; Ramiro Mañalich, Judge.


PER CURIAM.


         Affirmed.


NORTHCUTT, SILBERMAN, and LUCAS, JJ., Concur.